The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DONALD TIMM, an individual; REED WIMAN, an individual; and PERIPHERY NEUROPHYSIOLOGY, a foreign limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>SEATTLE CHILDREN'S HOSPITAL, a Washington non-profit corporation; CHILDREN'S UNIVERSITY MEDICAL GROUP, a Washington non-profit Corporation; JEFFREY G. OJEMANN, M.D., an individual; SAMUEL BROWD, M.D., an individual; JONATHAN PERKINS, M.D., an individual; UW PHYSICIANS, a Washington non-profit corporation; PETER C. ESSELMAN, M.D.; and GREGORY KINNEY, PH.D., an individual,<br><br>Defendants. | No. 2:24-cv-01570-BJR<br><br>STIPULATION AND ORDER ENLARGING PAGE LIMITATIONS |

## **STIPULATION**

All parties in this case hereby stipulate as follows:

WHEREAS, Plaintiffs filed their Amended Complaint in this action on September 20, 2024 ("Complaint");

STIPULATION AND ORDER
ENLARGING PAGE LIMITATIONS - 1

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

WHEREAS, the Complaint spans 56 pages and consists of 252 paragraphs and asserts seven counts relating to the provision of intra-operative neuro-monitoring ("IONM") services at a major Seattle hospital. The counts include common law and contract claims as well as state and federal retaliation claims brought under three separate statutory schemes;

WHEREAS, the Defendants anticipate filing two motions to dismiss the Complaint on December 11, 2024, per the parties' stipulation dated October 3, 2024 (Docket No. 10). One of the motions will be on behalf of Defendants Seattle Children's Hospital ("Seattle Children's") and Jeffrey G. Ojemann, M.D (the "Seattle Children's Motion"). The other motion will be on behalf of the remaining six Defendants (the "UW Defendants") who are all affiliated in some way with the University of Washington (the "UW Motion"). The Seattle Children's Motion will address the claims asserted against Seattle Children's and Dr. Ojemann (Counts I, II, V, VI, and VII), and the UW Motion will address the claims asserted against the UW Defendants (Counts III, IV, V, VI, and VII).

WHEREAS, the Complaint incorporates by reference numerous documents, including the contract Plaintiffs claim was breached and correspondence regarding the terms of the contract and contract renewal issues;

WHEREAS, Defendants believe that the factual and legal issues presented in this case meet the standard of extraordinary complexity set forth in Section II.A of this Court's Standing Order For All Civil Cases to warrant this request for enlargements of the page limits for both briefs. Pursuant to Local Civil Rule 7(f), this Stipulation is being filed three days before the briefs are due, and accordingly the current drafts likely will undergo further revisions before filing. Nonetheless, both briefs will be at or under 8,400 words, the limit specified in Local Civil Rule 7(e)(3). Defendants represent that the amount of material that needs to be addressed based on the lengthy complaint and documents referenced in it will not allow for briefs of 15 pages or less, the standard limit set forth in this Court's Standing Order.

STIPULATION AND ORDER
ENLARGING PAGE LIMITATIONS - 2

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

1  WHEREAS, as required by this Court's Standing Order, Section II.F, the parties met and conferred concerning the motions to dismiss on December 5, 2024, and plan to meet and confer again on December 9, 2024. If any agreement is reached the parties will promptly advise the Court, but as noted LCR 7(f) requires that this stipulation be filed by December 6, 2024.

WHEREAS, the requested relief will not affect any current deadlines in the case.

NOW THEREFORE, the parties stipulate and agree that the Seattle Children's Motion and the UW Motion will each be limited to 8,400 words or less. The parties further stipulate and agree that, pursuant to Local Civil Rule 7(f), Plaintiffs will also have up to 8,400 words for their responses to the motions to dismiss, and reply briefs for Seattle Children's/Dr. Ojemann and the UW Defendants will each be limited to one half the length of Plaintiffs' responses to each motion to dismiss.  pac

**STIPULATED AND AGREED TO** this 5th day of December, 2024.

SIMMONS SWEENEY FREIMUND
  SMITH TARDIF PLLC

*s/ Bret S. Simmons*
Bret S. Simmons, WSBA No. 25558
Melissa Nelson, WSBA No. 17439
1223 Commercial Street
Bellingham, WA 98225
Ph: (360) 752-2000
bret@ssslawgroup.com
melissa@ssslawgroup.com

*Attorneys for Defendants CUMG, Browd, Perkins, UWP, Esselman, and Kinney*

CORR CRONIN LLP

*s/ Jeffrey B. Coopersmith*
Jeffrey B. Coopersmith, WSBA No. 30954
Kevin C. Baumgardner, WSBA No. 14263
Maia R. Robbins, WSBA No. 54451
Mark T. Rutherford, WSBA No. 57519
1015 Second Avenue, Floor 10
Seattle, WA 98104-1001
Ph: (206) 625-8600
jcoopersmith@corrcronin.com
kbaumgardner@corrcronin.com
mrobbins@corrcronin.com
mrutherford@corrcronin.com

*Attorneys for Defendants Seattle Children's Hospital and Jeffrey G. Ojemann, M.D.*

STIPULATION AND ORDER
ENLARGING PAGE LIMITATIONS - 3

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

ERIC SIEGEL LAW, PLLC

*s/ Eric L. Siegel*
Eric L. Siegel (admitted *pro hac vice*)
James E. Miller (admitted *pro hac vice*)
888 17th Street, N.W., Suite 1200
Washington, DC
Ph: (202) 946-2962
esiegel@ericsiegellaw.com
jmiller@ericsiegellaw.com

Brad J. Moore, WSBA No. 21802
Andrew Ackley, WSBA No. 41752
STRITMATTER KESSLER KOEHLER
  MOORE
3600 15th Avenue West, Suite 300
Seattle, WA 98119
Ph: (206) 448-1777
brad@stritmatter.com
andrew@stritmatter.com

*Attorneys for Plaintiffs*

## ORDER

Having considered the parties' stipulation, and good cause being demonstrated, the Court hereby ORDERS that the Seattle Children's Motion and the UW Defendants' Motion, as defined in the parties' stipulation, will each be limited to 8,400 words or less. Plaintiffs' responses to the motions will also each be limited to 8,400 words or less. Any reply briefs by Defendants will be limited to half the number of words of Plaintiffs' responses.

**IT IS SO ORDERED.**

Dated this 10th day of December, 2024.

Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATION AND ORDER
ENLARGING PAGE LIMITATIONS - 4

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

1  Presented by:

2  CORR CRONIN LLP

3

4  *s/ Jeffrey B. Coopersmith*
   Jeffrey B. Coopersmith, WSBA No. 30954
   Kevin C. Baumgardner, WSBA No. 14263
5  Maia R. Robbins, WSBA No. 54451
   Mark T. Rutherford, WSBA No. 57519
6  1015 Second Avenue, Floor 10
   Seattle, WA 98104-1001
7  Ph: (206) 625-8600
   jcoopersmith@corrcronin.com
8  kbaumgardner@corrcronin.com
   mrobbins@corrcronin.com
9  mrutherford@corrcronin.com

10 *Attorneys for Defendants Seattle Children's Hospital and Jeffrey G. Ojemann, M.D.*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

STIPULATION AND ORDER
ENLARGING PAGE LIMITATIONS - 5

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900