# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DONALD TIMM, an individual, *et al.*, Plaintiffs,<br><br>v.<br><br>SEATTLE CHILDREN'S HOSPITAL, a Washington non-profit corporation, *et al.*, Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. 2:24-cv-1570-BJR |

\_\_\_   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

xx   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

For the reasons set forth in the Order Granting in Part Motion to Dismiss, Dkt. No. 37, dated March 26, 2025, the Court dismissed Count VI of Plaintiffs' Second Amended Complaint, Dkt. No. 25, with prejudice. The Court further declined to exercise supplemental jurisdiction over the remaining state law claims, which were remanded to King County Superior Court.

Dated March 26, 2025.

Ravi Subramanian
Clerk of Court

s/Martin Valencia
Deputy Clerk
